■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS R.O., Appellant. (Appeal No. 2.) [24 NYS3d 572]—Appeal

from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered August 20, 2013. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is reversed as a matter of discretion in the interest of justice, the conviction is vacated, defendant is adjudicated a youthful offender, and the matter is remitted to Oneida County Court for sentencing.

Same memorandum as in *People v Thomas R.O.* ([appeal No. 1] 136 AD3d 1400 [2016]).

All concur except Carni and DeJoseph, JJ., who dissent and vote to affirm in accordance with the same dissenting memorandum as in *People v Thomas R.O.* ([appeal No. 1] 136 AD3d 1400 [2016]). Present—Whalen, P.J., Peradotto, Carni, Lindley and DeJoseph, JJ.